**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

| | | |
|---|---|---|
| **LakeSouth Holdings, LLC,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | **Civil Action No. 3:18-cv-00107-L** |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **Ace Hardware Corporation,** | § | |
| | § | |
| *Defendant*. | § | |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff LakeSouth Holdings, LLC ("LakeSouth") hereby provides this notice of dismissal with prejudice as to all claims by LakeSouth against Ace Hardware Corporation ("Ace Hardware"). LakeSouth further provides notice that all costs, expenses, and attorneys' fees relating to this litigation up to the time of dismissal shall be borne by the party incurring same.

A proposed Order is attached.

Dated: June 28, 2018

Respectfully submitted,

Eric M. Albritton, Attorney-in-Charge
Texas Bar No. 00790215
ema@nbafirm.com
Andrew J. Wright
Texas Bar No. 24063927
andrew@nbafirm.com
**NELSON BUMGARDNER ALBRITTON P.C.**
3131 West 7th Street, Suite 300
Fort Worth, Texas 76109
Telephone: (817) 377-9111

Shawn A. Latchford
Texas Bar No. 24066603
shawn@nbafirm.com
**NELSON BUMGARDNER ALBRITTON P.C.**
111 W. Tyler Street
Longview, Texas 75601
Telephone: (903) 757-8449
Facsimile: (903) 758-7397

*Counsel for Plaintiff*
*LakeSouth Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF Filing System on this the 28th day of June, 2018.

_____
Eric M. Albritton